Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, Nevada 89128-8373
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE HACKETT MILLER COMPANY, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GFOUR PRODUCTIONS, LLC, a Florida limited liability company; and SPOTLIGHT RIGHTS, LLC, a Florida limited liability company,<br><br>Defendants. | **Case No.: 2:16-cv-00418**<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

Pursuant to Local Rule 7.1-1, Plaintiff The Hackett Miller Company, Inc., through the undersigned counsel of record, certifies that, to the best of its knowledge and belief, there are no known interested parties other than those named as parties in this case.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

RRG-w-3900               -1-

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 9th day of March, 2016.

>Respectfully Submitted,
>
>**WEIDE & MILLER, LTD.**
>
>*/s/ Ryan Gile*
>Ryan Gile, Esq.
>*rgile@weidemiller.com*
>F. Christopher Austin, Esq.
>*caustin@weidemiller.com*
>7251 W. Lake Mead Blvd., Suite 530
>Las Vegas, NV 89128
>Tel. (702) 382-4804
>Fax (702) 382-4805

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

RRG-w-3900                              -2-