Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, Nevada 89128-8373
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| THE HACKETT MILLER COMPANY, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GFOUR PRODUCTIONS, LLC, a Florida limited liability company; and SPOTLIGHT RIGHTS, LLC, a Florida limited liability company,<br><br>Defendants. | **Case No.: 2:16-cv-00418**<br><br>**PLAINTIFF'S EX-PARTE MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT AND SUMMONS BY 30 DAYS**<br><br>**(FIRST REQUEST)** |

Plaintiff The Hackett Miller Company, Inc., by and through its attorneys, Weide & Miller, Ltd., files this ex-parte motion to extend the time for service of the summons and complaint in this action on the Defendants by 30 days to June 30, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

RRG-w-3997                               -1-

This Motion is based upon Fed R. Civ. P. 4(m), LR 6-2, LR 7-5, the following Memorandum of Points and Authorities, the Declaration of Ryan Gile ("Gile Decl.") attached hereto as Exhibit A, the additional exhibits attached hereto, the papers and pleadings on file herein, and any argument this Court may entertain at the time of a hearing, if any, on this matter.

Dated this 31st day of May, 2016.

> Respectfully Submitted,
>
> **WEIDE & MILLER, LTD.**
>
> */s/ Ryan Gile*
> Ryan Gile, Esq.
> *rgile@weidemiller.com*
> F. Christopher Austin, Esq.
> *caustin@weidemiller.com*
> 7251 W. Lake Mead Blvd., Suite 530
> Las Vegas, NV 89128
> Tel. (702) 382-4804
> Fax (702) 382-4805

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to LR 7-5, this motion is being submitted ex parte as no other parties have appeared in this action. Plaintiff's original complaint in this matter was filed February 29, 2016. *See* Doc. #1. Calculated from that date, the 90 days in which to effectuate service of process under Fed. R. Civ. P. 4(m) will run on May 31, 2016. Plaintiff, through this motion, requests that the time for service of the Complaint and Summonses be extended up to and including June 30, 2016.

Under Fed. R. Civ. P. 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."

As described herein, Plaintiff believes that there is good cause for Plaintiff's failure to serve the Complaint and Summonses within the time specified by Fed. R. Civ. P. 4(m). In this case, following the filing of this Complaint, the parties, through counsel, exchanged

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

RRG-w-3997                             -2-

1  correspondence relative to a potential settlement.  Gile Decl., ¶2.  In addition, subsequent to
2  the filing of this Complaint, but prior to attempted service, Plaintiff's plans to open the intended
3  theatrical production which is the subject matter of the Complaint were postponed and it was
4  not certain until recently whether or not Plaintiff would move forward with the intended
5  theatrical production and thus whether the declaratory relief sought in the Complaint would be
6  necessary.  Gile Decl., ¶2.  Following the cessation of settlement efforts and Plaintiff's recent
7  decision to move forward with the intended theatrical production after all, Plaintiff began taking
8  steps to serve the Complaint on the Defendants so that the threats of infringement raised in the
9  Complaint as a result of Plaintiff's theatrical production can be resolved by this Court.  Gile
10 Decl., ¶3.

11     At the time of the filing of the Complaint, Plaintiff named in the summons for Defendant
12 GFour Productions LLC the company's registered agent, Mark Perlman, at 1820 East
13 Hallandale Beach Blvd., Hallandale Beach, FL 33009, as this was the information on file with
14 the Florida Department of State at that time.  *See* Doc. #3; *see also* Gile Decl., ¶4.  However,
15 an attempt by Plaintiff's process server to serve the Complaint on GFour Productions LLC at
16 this address found the address to be closed and appear vacant.  *Id*.  In addition, at the time of
17 the filing of the Complaint, Plaintiff named in the summons for Defendant Spotlight Rights
18 LLC the registered agent, Defendant GFour Productions LLC, at 5200 NW 33rd Ave. Suite
19 215, Fort Lauderdale, FL 33309, as this was the information on file with the Florida Department
20 of State at that time.  *See* Doc. #3; *see also* Gile Decl., ¶5.  However, an attempt by Plaintiff's
21 process server to serve the complaint on Spotlight Rights LLC at this address found no one
22 willing to accept the complaint for either of the Defendants.  *Id*.

23     Following such unsuccessful efforts, it was discovered that both Defendants recently
24 changed their registered agent to a new agent – David Marc Harris, 1500 South Ocean Blvd.,
25 PH7, Boca Raton, FL 33432.  Gile Decl., ¶6; *see also* Exhibit B attached hereto.  However,
26 when Plaintiff's process server attempted to serve the named registered agent at this new
27 designated address (which appears to be a residential address), the process server was told that
28 Mr. Harris did not live at such address, but that the managing member for one or both of the

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

RRG-w-3997                -3-

1. Defendants does.  Gile Decl., ¶7.

2. As reflected by the above, Plaintiff has made reasonable attempts to serve the complaint, but has been unable to effectuate such service in the time period provided under Fed. R. Civ. P. 4(m).  Plaintiff intends to continue with its diligent efforts to serve the Complaint on Defendants, including contacting Defendants' previous counsel regarding a possible waiver of service or acceptance of service on behalf of Defendants.

Accordingly, for the reasons set forth above, Plaintiff believes there is sufficient good cause to extend the time to serve the Complaint and Summonses in this matter and respectfully requests that the Court issue an order granting Plaintiff' motion and extending the period of time for Plaintiff to serve the Complaint by an additional 30 days.

Dated this 31st day of May, 2016.

Respectfully Submitted,

**WEIDE & MILLER, LTD.**

*/s/ Ryan Gile*
Ryan Gile, Esq.
*rgile@weidemiller.com*
F. Christopher Austin, Esq.
*caustin@weidemiller.com*
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel. (702) 382-4804
Fax (702) 382-4805

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

# EXHIBIT A

# EXHIBIT A

Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, Nevada 89128-8373
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE HACKETT MILLER COMPANY, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GFOUR PRODUCTIONS, LLC, a Florida limited liability company; and SPOTLIGHT RIGHTS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-00418<br><br>**DECLARATION OF RYAN GILE IN SUPPORT OF PLAINTIFF'S EX-PARTE MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT AND SUMMONS BY 30 DAYS** |

I, Ryan Gile, do hereby declare as follows:

1. I am an attorney at law admitted to practice before the United States District Court for the District of Nevada. I am an attorney in the law firm of Weide & Miller, Ltd. ("Weide Miller"), counsel of record for Plaintiff The Hackett Miller Company, Inc. ("Plaintiff") in the above-captioned action. I make this declaration in support of Plaintiff's Ex Parte Motion to Extend Time for Service of Complaint and Summons by 30 Days. Unless otherwise stated, the facts set forth in this declaration are true and of my own personal knowledge, and, if called upon to do so, I could and would testify competently to them.

/ / /

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

RRG-w-3998                    -1-

2. Following the filing of this Complaint, the parties, through counsel, exchanged correspondence relative to a potential settlement. In addition, subsequent to the filing of this Complaint, but prior to attempted service, Plaintiff's plans to open the intended theatrical production which is the subject matter of the Complaint were postponed and it was not certain until recently whether or not Plaintiff would move forward with the intended theatrical production and thus whether the declaratory relief sought in the Complaint would be necessary.

3. Following the cessation of settlement efforts and Plaintiff's recent decision to move forward with the intended theatrical production after all, Plaintiff began taking steps to serve the complaint on the Defendants so that the threats of infringement raised in the Complaint as a result of Plaintiff's theatrical production can be resolved by this Court.

4. At the time of the filing of the Complaint, Plaintiff named in the summons for Defendant GFour Productions LLC the company's registered agent, Mark Perlman, at 1820 East Hallandale Beach Blvd., Hallandale Beach, FL 33009, as this was the information on file with the Florida Department of State at that time. However, an attempt by Plaintiff's process server to serve the Complaint on GFour Productions LLC at this address found the address to be closed and appear vacant.

5. In addition, at the time of the filing of the Complaint, Plaintiff named in the summons for Defendant Spotlight Rights the registered agent, Defendant GFour Productions LLC, at 5200 NW 33rd Ave., Suite 215, Fort Lauderdale, FL 33309, as this was the information on file with the Florida Department of State at that time. However, an attempt by Plaintiff's process server to serve the complaint on Spotlight Rights LLC at this address found no one willing to accept the complaint for either of the Defendants.

6. Following such unsuccessful efforts, it was discovered that both Defendants recently changed their registered agent to a new agent – David Marc Harris, 1500 South Ocean Blvd., PH7, Boca Raton, FL 33432. Attached as Exhibit B are true and correct copies of the online information from the Division of Corporation for the Florida Department of State for Defendants' GFour Productions LLC and Spotlight Rights, LLC.

///

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

RRG-w-3998                    -2-

7. However, when Plaintiff's process server attempted to serve the named registered agent at this new designated address (which appears to be a residential address), the process server was told that Mr. Harris did not live at such address, but that the managing member for one or both of the Defendants does.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of May, 2016, in Las Vegas, Nevada.

*/s/ Ryan Gile*
Ryan Gile

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

RRG-w-3998                        -3-

# EXHIBIT B

# EXHIBIT B



# Detail by Entity Name

**Florida Limited Liability Company**

GFOUR PRODUCTIONS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L12000026951 |
| **FEI/EIN Number** | 45-4620859 |
| **Date Filed** | 02/24/2012 |
| **Effective Date** | 02/24/2012 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

5200 NW 33RD AVENUE
SUITE 215
FORT LAUDERDALE, FL 33309

Changed: 06/05/2012

**Mailing Address**

5200 NW 33RD AVENUE
SUITE 215
FORT LAUDERDALE, FL 33309

Changed: 06/05/2012

**Registered Agent Name & Address**

HARRIS, DAVID MARC
1500 South Ocean Blvd
PH6
Boca Raton, FL 33432

Name Changed: 04/05/2016

Address Changed: 04/05/2016

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

GREENBLATT, KENNETH
1500 SOUTH OCEAN BLVD, PH6
BOCA RATON, FL 33432

Title MGRM

GLIST, ALAN
3315 FAIRFIELD LANE
WESTON, FL 33331

Title MGRM

GREENLEAF, SETH
1512 NE 2nd Avenue
Ft Lauderdale, FL 33304

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2014 | 03/27/2014 |
| 2015 | 04/20/2015 |
| 2016 | 04/05/2016 |

**Document Images**

| | |
|---|---|
| 04/05/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/06/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/24/2012 -- Florida Limited Liability | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State



## Detail by Entity Name

**Florida Limited Liability Company**

SPOTLIGHT RIGHTS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L14000073290 |
| **FEI/EIN Number** | 46-5659331 |
| **Date Filed** | 05/06/2014 |
| **Effective Date** | 05/05/2014 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 08/25/2014 |
| **Event Effective Date** | NONE |

**Principal Address**

5200 NW 33RD AVE.
SUITE 215
FORT LAUDERDALE, FL 33309

**Mailing Address**

5200 NW 33RD AVE.
SUITE 215
FORT LAUDERDALE, FL 33309

**Registered Agent Name & Address**

HARRIS, DAVID MARC
1500 South Ocean Blvd
PH6
Boca Raton, FL 33432

Name Changed: 04/05/2016

Address Changed: 04/05/2016

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

GFOUR PRODUCTIONS, LLC
5200 NW 33RD AVE., SUITE 215
FORT LAUDERDALE, FL 33309

Title MGR

GFOUR PRODUCTIONS, LLC
5200 NW 33RD AVE., SUITE 215
FORT LAUDERDALE, FL 33309

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 04/20/2015 |
| 2016 | 04/05/2016 |

**Document Images**

| | |
|---|---|
| 04/05/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2015 -- ANNUAL REPORT | View image in PDF format |
| 08/25/2014 -- LC Amendment | View image in PDF format |
| 05/06/2014 -- Florida Limited Liability | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State