Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, Nevada 89128-8373
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE HACKETT MILLER COMPANY, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GFOUR PRODUCTIONS, LLC, a Florida limited liability company; and SPOTLIGHT RIGHTS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-00418-RFB-NJK<br><br>**MOTION TO WITHDRAW PLAINTIFF'S EX-PARTE MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT AND SUMMONS BY 30 DAYS** |

Plaintiff The Hackett Miller Company, Inc., by and through its attorneys, Weide & Miller, Ltd., hereby moves to withdraw Plaintiff's Ex-Parte Motion to Extend Time for Service of Complaint and Summons By 30 Days (Doc. #6) filed with the Court on May 31, 2016 ("Motion to Extend").

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

RRG-w-3999                -1-

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

1  Plaintiff has been informed by its process server that Plaintiff was able to effectuate
2  service of the Summons and Complaint on the Defendants on May 31, 2016, thereby rendering
3  Plaintiff's Motion to Extend moot.  Plaintiff will file Affidavits of Service with the Court in
4  due course.

5  Accordingly, Plaintiff respectfully moves to withdraw Plaintiff's Ex-Parte Motion to
6  Extend Time for Service of Complaint and Summons By 30 Days (Doc. #6).

8  Dated this 1st day of June, 2016.

9  Respectfully Submitted,

10  **WEIDE & MILLER, LTD.**

11  */s/ Ryan Gile*
Ryan Gile, Esq.
*rgile@weidemiller.com*
F. Christopher Austin, Esq.
*caustin@weidemiller.com*
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel. (702) 382-4804
Fax (702) 382-4805

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

RRG-w-3999                         -2-