Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*GFour Productions, LLC*
*and Spotlight Rights, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE HACKETT MILLER COMPANY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GFOUR PRODUCTIONS, LLC, a Florida limited liability company; and SPOTLIGHT RIGHTS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-00418-RFB-NJK<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER FOR 30-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(Second Request)** |

Plaintiff, THE HACKETT MILLER COMPANY, INC., and Defendants, GFOUR PRODUCTIONS, LLC and SPOTLIGHT RIGHTS, LLC, by and through their undersigned counsel, hereby stipulate and agree to a 30-day extension of time up to and including August 21, 2016 for Defendants to answer or otherwise respond to the Complaint (ECF No. 1). This is the second request for an extension of time for Defendants to respond to the Complaint. Good cause exists because the parties have been engaged in settlement discussions. Counsel for both parties discussed a potential settlement framework via telephone on June 24, June 28, July 7 and

July 13.   In view of these discussions, Defendants will need additional time to confer with Counsel.  Defendants' response is currently due July 21, 2016.

Dated: July 15, 2016.

Respectfully submitted,

*/s/ Ronald D. Green*

Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel:  702-420-2001
Fax:  305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*GFour Productions, LLC and*
*Spotlight Rights, LLC*

Dated: July 15, 2016.

Respectfully submitted,

*/s/ Ryan Gile*

Ryan Gile (NV Bar No. 8807)
F. Christoper Austin (NV Bar No. 6559)
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel:  702-382-4804
Fax:  702-382-4805
rgile@weidemiller.com
caustin@weidemiller.com

*Attorneys for Plaintiff,*
*The Hackett Miller Company, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _July 18, 2016_____