Gene S. Winter (*pro hac vice*)
gwinter@ssjr.com
Jonathan A. Winter (*pro hac vice*)
jwinter@ssjr.com
**ST. ONGE STEWARD JOHNSTON AND REENS LLC**
986 Bedford Street
Stamford, CT 06905-5619
Telelphone: (203) 324-6155
Facsimile: (203) 327-1096

Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Defendants,*
*GFour Productions, LLC*
*and Spotlight Rights, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE HACKETT MILLER COMPANY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GFOUR PRODUCTIONS, LLC, a Florida limited liability company; and SPOTLIGHT RIGHTS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-00418-RFB-NJK<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER FOR 7-DAY EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(Third Request)** |

Plaintiff, THE HACKETT MILLER COMPANY, INC., and Defendants, GFOUR PRODUCTIONS, LLC and SPOTLIGHT RIGHTS, LLC, by and through their undersigned counsel, hereby stipulate and agree to a 7-day extension of time up to and including August 28, 2016 for Defendants to answer or otherwise respond to the Complaint (ECF No. 1). This is the third request for an extension of time for Defendants to respond to the Complaint. Good cause exists because Defendants are preparing a motion that will include certain affidavits and one declarant is on vacation and unavailable to sign in time to meet the current response deadline of August 21, 2016.

Dated: August 18, 2016.

Respectfully submitted,

*/s/ Ronald D. Green*
Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar. No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel: 702.420.2001
Fax:  305.437.7662
ecf@randazza.com

Gene S. Winter (*pro hac vice*)
*gwinter@ssjr.com*
Jonathan A. Winter (*pro hac vice*)
*jwinter@ssjr.com*
**ST. ONGE STEWARD JOHNSTON AND REENS LLC**
986 Bedford Street
Stamford, CT 06905-5619
Telelphone: (203) 324-6155
Facsimile: (203) 327-1096

*Attorneys for Defendants,*
*GFour Productions, LLC and*
*Spotlight Rights, LLC*

1 | Dated: August 18, 2016 | Respectfully submitted,

*/s/ Ryan Gile*
Ryan Gile (NV Bar No. 8807)
F. Christopher Austin (NV Bar No. 6559)
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel: 702.382.4804
Fax: 702.382.4805
rgile@weidemiller.com
caustin@weidemiller.com

*Attorneys for Plaintiff,*
*The Hackett Miller Company, Inc.*

**NO FURTHER EXTENSIONS WILL BE GRANTED**.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 19, 2016