Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Plaintiff The Hackett Miller Company, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE HACKETT MILLER COMPANY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GFOUR PRODUCTIONS, LLC, a Florida limited liability company; and SPOTLIGHT RIGHTS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-00418-RFB-NJK<br><br>**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR:<br>(1) LACK OF PERSONAL JURISDICTION, (2) FAILURE TO JOIN A NECESSARY PARTY,<br>(3) IMPROPER VENUE, AND<br>(4) REQUEST TO TRANSFER VENUE**<br><br>**(Second Request)** |

Plaintiff THE HACKETT MILLER COMPANY, INC. and Defendants GFOUR PRODUCTIONS, LLC and SPOTLIGHT RIGHTS LLC, by and through their undersigned counsel, hereby stipulate and agree to an 15-day extension of time up to and including September 30, 2016, for Plaintiff to file an Opposition to Defendants' Motion to Dismiss for: (1) Lack of Personal Jurisdiction, (2) Failure to Join a Necessary Party, (3) Improper Venue, and (4) Request to Transfer Venue in the above-captioned matter (ECF No. 22) ("Motion to Dismiss").

Defendant's Motion to Dismiss was filed on August 29, 2016. On September 13, 2016, the parties filed a Stipulation giving Plaintiff a 15-day extension of time to file an Opposition to

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-4102   1   Stipulation and Order to Extend Time (2nd Request)

1  Defendants' Motion to Dismiss (ECF No. 23) (the "First Extension Request") which extended the
2  original deadline for Plaintiff's Opposition to Defendants' Motion to Dismiss to September 30,
3  2016.  The Court has not yet signed the First Extension Request.
4      By and through this Stipulation, the parties agree to extend the deadline for Plaintiff to file
5  Plaintiff's Opposition to Defendants' Motion to Dismiss to October 17, 2016.  This is Plaintiff's
6  second request for an extension of time for Plaintiff to file an Opposition to Defendants' Motion
7  to Dismiss.  Plaintiff requests an extension of time to file an Opposition to Defendants' Motion
8  to Dismiss in order to avoid unfairly prejudicing Plaintiff in this matter.  Plaintiff's counsel is
9  presently scheduled to appear for a jury trial commencing October 3rd and continuing through
10 October 7, 2016.  Given the necessity of devoting full attention to the trial and final preparations
11 for the same, absent the brief extension requested, Plaintiff's counsel will be unable to
12 competently and fully address the complex jurisdictional and venue issues raised in Defendants'
13 Motion to Dismiss, thus unfairly prejudicing Plaintiff in this matter.  Defendants, through this
14 stipulation, have agreed to Plaintiff's requested extension under the circumstances.
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-4102     2     Stipulation and Order to Extend Time (2nd Request)

For these reasons, this Request is made for good cause and not for purposes of delay.

Dated:  September 28, 2016                              Dated:   September 28, 2016

Respectfully Submitted,                                 Respectfully Submitted,


*/s/ Ryan Gile*                                         */s/ Jonathan Winter*
Ryan Gile (NV Bar No. 8807)                             Gene S. Winter (pro hac vice)
*rgile@weidemiller.com*                                 *gwinter @ssjr.com*
F. Christopher Austin (NV Bar No. 6559)                 Jonathan A. Winter (pro hac vice)
*caustin@weidemiller.com*                               *jwinter@ssjr.com*
**WEIDE & MILLER. LTD.**                                **ST. ONGE STEWARD JOHNSTON AND REENS LLC**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128                                     986 Bedford Street
Tel:  702-382-4804                                      Stamford, CT  06905-5619
Fax:  702-382-4805                                      Tel:  203-324-6155
                                                        Fax:  203-327-1096
*Attorneys for Plaintiff, The Hackett Miller Company, Inc.*
                                                        Ronald D. Green (NV Bar No. 7360)
                                                        Alex J. Shepard (NV Bar No. 13582)
                                                        **RANDAZZA LEGAL GROUP, PLLC**
                                                        4035 S. El Capitan Way
                                                        Las Vegas, NV 89147
                                                        Tel:  702-420-2001
                                                        Fax:  305-437-7662
                                                        *ecf@randazza.com*

                                                        *Attorneys for Defendants, GFour Productions, LLC and Spotlight Rights, LLC*


                                        **IT IS SO ORDERED.**

                                       _____
                                       RICHARD F. BOULWARE, II
                                       United States District Judge

                                       DK #23 - MOOT.

                                       DATED this 10th day of October, 2016.

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Weide & Miller, Ltd. and that on September 28, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document will be served via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ James L. Morris*
An employee of WEIDE & MILLER, LTD.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-4102        4        Stipulation and Order to Extend Time (2nd Request)