Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Plaintiff The Hackett Miller Company, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| THE HACKETT MILLER COMPANY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GFOUR PRODUCTIONS, LLC, a Florida limited liability company; and SPOTLIGHT RIGHTS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-00418-RFB-NJK<br><br>**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR PARTIES TO FILE A DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO THE COURT'S ORDER DATED MARCH 31, 2017**<br><br>**(Second Request)** |

Plaintiff THE HACKETT MILLER COMPANY, INC. ("Plaintiff"), and Defendants GFOUR PRODUCTIONS, LLC and SPOTLIGHT RIGHTS LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to a second 14-day extension of time up to and including May 5, 2017, for the parties to file a Joint Discovery Plan and Scheduling Order with the Court pursuant to the Court's Minute Order dated March 31, 2017 (ECF No. 29).

On March 30, 2017, the Court denied without prejudice Defendant's Motion to Dismiss for (1) Lack of Personal Jurisdiction, (2) Failure to Join a Necessary Party, and (3) Improper Venue, and (4) Request to Transfer Venue (ECF No. 22) and ordered the parties to engage in jurisdictional discovery for a period of 60 days commencing March 31, 2017, and to submit a joint proposed discovery/scheduling order within one week from March 31, 2017.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-4292

1

1    On April 7, 2017, the parties filed a stipulation to extend the time to file a discovery plan

2    for 14 days (ECF No. 30) because the parties had reached a settlement framework which would

3    dismiss the action entirely and wanted additional time to allow the parties to finalize settlement

4    in the form of a formal written settlement agreement.  On April 10, 2017, the Court granted the

5    stipulation of the parties (ECF No. 31).   While Plaintiff's counsel diligently prepared a draft

6    written settlement agreement for Defendants' review (and even offered to provide an unapproved

7    draft to Defendants' counsel in order to allow Defendant to review the substance of the agreement

8    and keep the settlement process moving forward expeditiously), Plaintiff's counsel was unable to

9    obtain client approval on the draft due to vacation travel plans by Plaintiff's principals until April

10   17, 2017.  Defendants' counsel provided proposed revisions to the settlement agreement on April

11   20, 2017.

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-4292                                                    2

By this Stipulation, the parties request that the deadline to file a joint proposed discovery plan/scheduling order be extended another 14 days to May 5, 2017. This is the second request for an extension of time by both parties to file the joint proposed discovery/scheduling order. Good cause exists for this second request because while the parties remain optimistic about the prospects of settlement, they require additional time in order to address the remaining issues that exist between the parties and finalize such settlement. For this reason, this stipulated second request is made for good cause and not for purposes of delay.

Dated: April 21, 2017

Respectfully Submitted,

*/s/ Ryan Gile*
Ryan Gile (NV Bar No. 8807)
*rgile@weidemiller.com*
F. Christopher Austin (NV Bar No. 6559)
*caustin@weidemiller.com*
**WEIDE & MILLER. LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel: 702-382-4804
Fax: 702-382-4805

*Attorneys for Plaintiff, The Hackett Miller Company, Inc.*

Dated: April 21, 2017

Respectfully Submitted,

*/s/Gene S. Winter*
Gene S. Winter (pro hac vice)
*gwinter @ssjr.com*
Jonathan A. Winter (pro hac vice)
**ST. ONGE STEWARD JOHNSTON AND REENS LLC**
986 Bedford Street
Stamford, CT 06905-5619
Tel: 203-324-6155

Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel: 702-420-2001
*ecf@randazza.com*

*Attorneys for Defendants, GFour Productions, LLC and Spotlight Rights, LLC*

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge
Dated: May 2, 2017.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-4292

3