Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Plaintiff The Hackett Miller Company, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE HACKETT MILLER COMPANY, INC. a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GFOUR PRODUCTIONS, LLC a Florida limited liability company; and SPOTLIGHT RIGHTS LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 2:16-cv00418-RFB-NJK<br><br>**STIPULATED DISMISSAL** |

Plaintiff THE HACKETT MILLER COMPANY and Defendants GFOUR PRODUCTIONS, LLC and SPOTLIGHT RIGHTS LLC (collectively "Parties") by and through their undersigned counsel hereby stipulate and agree as follows: (1) The First Claim for Relief (Non-Infringement of Copyright) is hereby dismissed without prejudice; (2) The Second Claim for Relief (Non-Infringement of Trademark and Trade Dress) is dismissed with prejudice; and (3) the Parties shall bear their own costs and fees.

Dated: June 28, 2017

Respectfully Submitted,

_____
Ryan Gile (NV Bar No. 8807)
rgile@weidemiller.com
F. Christopher Austin (NV Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER. LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel: 702-382-4804
Fax: 702-382-4805

*Attorneys for Plaintiff, The Hackett Miller Company, Inc.*

Dated: June 28, 2017

Respectfully Submitted,

_____
Gene S. Winter (pro hac vice)
gwinter@ssjr.com
Jonathan A. Winter (pro hac vice)
**ST. ONGE STEWARD JOHNSTON AND REENS LLC**
986 Bedford Street
Stamford, CT 06905-5619
Tel: 203-324-6155

Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants, GFour Productions, LLC and Spotlight Rights, LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 1st day of July, 2017.