Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128-8373
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Plaintiff The Hackett Miller Company, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE HACKETT MILLER COMPANY, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>GFOUR PRODUCTIONS, LLC, a Florida limited liability company; and SPOTLIGHT RIGHTS, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-00418-RFB-NJK<br><br>**STIPULATION AND (PROPOSED) ORDER FOR EXTENSION OF TIME FOR PARTIES TO FILE A DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO THE COURT'S ORDER DATED MARCH 31, 2017 (Seventh Request)** |

Plaintiff THE HACKETT MILLER COMPANY, INC. ("Plaintiff"), and Defendants GFOUR PRODUCTIONS, LLC and SPOTLIGHT RIGHTS LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to a seventh extension of time of 7 days up to and including June 30, 2017, for the parties to file a Joint Discovery Plan and Scheduling Order with the Court pursuant to the Court's Minute Order dated March 31, 2017 (ECF No. 29).

On March 30, 2017, the Court denied without prejudice Defendant's Motion to Dismiss for (1) Lack of Personal Jurisdiction, (2) Failure to Join a Necessary Party, and (3) Improper Venue, and (4) Request to Transfer Venue (ECF No. 22) and ordered the parties to engage in jurisdictional discovery for a period of 60 days commencing March 31, 2017, and to submit a joint proposed discovery/scheduling order within one week from March 31, 2017.

To date, the parties have filed six extensions of time to file a discovery plan (ECF Nos. 30, 32, 34, 36, 37, and 38) and one extension of the jurisdictional discovery (ECF No. 34) – all of which have been granted by this Court (ECF Nos. 31, 33, 35, 39, 40, and 41). The good cause for all of the extensions was that the parties were engaging in substantive settlement discussions.

In the most recent stipulation (ECF No. 38), the parties notified the Court that on June 14, 2017, the parties agreed upon and finalized all terms of the written settlement agreement that the parties had been negotiating, but that the parties needed additional time to sign the circulated execution version of the settlement agreement and then prepare and file a dismissal of this case with the Court.

On June 14, 2017, Plaintiff's counsel sent the execution version of the settlement agreement to Plaintiff for signature. Unfortunately, due to numerous business and personal family commitments along with a scheduled vacation by the Plaintiff's primary principal, whom Plaintiff's counsel has been working with in connection with this settlement agreement and who would be the individual signing the settlement agreement on behalf of Plaintiff, Plaintiff's counsel has not yet received a signed settlement agreement from Plaintiff. Plaintiff's counsel currently expects to receive a signed settlement agreement from Plaintiff sometime around Wednesday, June 28, 2017.

By this Stipulation, the parties request that the deadline to file a joint proposed discovery plan/scheduling order be extended by 7 days to June 30, 2017. This is the seventh request for an extension of time by both parties to file the joint proposed discovery/scheduling order.

Good cause exists for this request because while the parties have agreed upon and memorialized in writing all terms and conditions of a settlement agreement to resolve this litigation, the parties still require additional time to obtain signatures from the parties. For these reasons, this stipulated request is made for good cause and not for purposes of delay.

///
///
///
///

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

RRG-w-4334      2

The parties note that jurisdictional discovery in this matter is set to close on June 30, 2017 (ECF No. 35) and hereby stipulate and agree that Plaintiff shall not seek any extension of the jurisdictional discovery period.

Dated: June 23, 2017

Respectfully Submitted,

*/s/ Ryan Gile*
Ryan Gile (NV Bar No. 8807)
*rgile@weidemiller.com*
F. Christopher Austin (NV Bar No. 6559)
*caustin@weidemiller.com*
**WEIDE & MILLER. LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel: 702-382-4804
Fax: 702-382-4805

*Attorneys for Plaintiff, The Hackett Miller Company, Inc.*

Dated: June 23, 2017

Respectfully Submitted,

*/s/ Jonathan Winter*
Gene S. Winter (pro hac vice)
*gwinter @ssjr.com*
Jonathan A. Winter (pro hac vice)
**ST. ONGE STEWARD JOHNSTON AND REENS LLC**
986 Bedford Street
Stamford, CT 06905-5619
Tel: 203-324-6155

Ronald D. Green (NV Bar No. 7360)
Alex J. Shepard (NV Bar No. 13582)
**RANDAZZA LEGAL GROUP, PLLC**
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel: 702-420-2001
*ecf@randazza.com*

*Attorneys for Defendants, GFour Productions, LLC and Spotlight Rights, LLC*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 29th day of August, 2017.